```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL AND TINA CARPENTER,

                    Plaintiffs,              09-CV-6552

          v.                                 **DECISION**
                                             **and ORDER**
CHURCHVILLE GREENE HOMEOWNER'S
ASSOCIATION, INC., BETH BIECK, TOM
BIONDOLILLO, HOPE JOHNSON, GARY HUTCHERSON,
BARB KOEPKE, PAMELA HILL, CHARLES HAWKINS,
PAT CIPOLLA, RICK WALDO, AND REALTY
PERFORMANCE GROUP, INC.

                    Defendants.
_____
```

By letter dated July 8, 2011, plaintiff requests an extension of time to file her response to defendant's motion for summary judgment. Counsel for the defendants opposes this request. But, good cause having been shown, it is hereby,

ORDERED, that plaintiff shall file her response no later than August 15, 2011. Defendant's replies, if any, shall be filed no later than August 29, 2011. Defendant's motion for summary judgment will be considered submitted without oral argument on September 9, 2011.

ALL OF THE ABOVE IS SO ORDERED.

                                        S/ MICHAEL A. TELESCA
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated: July 11, 2011